# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**SANDRA COOK**

      vs.                                **CASE NUMBER: 1:10-CV-259**
                                                        **(GTS/ATB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of Magistrate Judge Andrew T. Baxter is ACCEPTED and ADOPTED in its entirety; Defendant's motion for judgment on the pleadings is GRANTED; and Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable District Judge Glenn T. Suddaby, dated the 19th day of May, 2011.

DATED: May 19, 2011

                                                                        Clerk of Court

                                                                        s/ Melissa Ennis
                                                                        Melissa Ennis, Deputy Clerk